```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

United States of America

    v.                            2:16-cr-118

Juan Simon Morales-Sanchez

<u>ORDER</u>

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Doc. 21) that the defendant's guilty plea be accepted. The court accepts the defendant's plea of guilty to Count 1 of the information, and he is hereby adjudged guilty on that count. The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: August 9, 2016                    s\James L. Graham
                                                James L. Graham
                                                United States District Judge